STATE OF NEW JERSEY v. CLARENCE WILLIAMS.

June 4, 1975. Petition for certification denied.

RICHARD S. STOLLER v. STATE OF NEW JERSEY.

June 4, 1975. Petition for certification denied.

JOSE H. SOTO MATOS v.
LEESBURG CLASSIFICATION COMMITTEE.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE BROWN.

June 4, 1975. Petition for certification denied.

CASSAVELL CONSTRUCTION CORP. v. BOARD OF
ADJUSTMENT OF THE TOWNSHIP OF MAHWAH.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES DANIELS.

June 4, 1975. Petition for certification denied.